UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1719 |
| Plaintiff - Appellee, | D.C. No. 2:17-cr-00661-DMG-1 |
| v. | Central District of California, Los Angeles |
| JULIAN OMIDI, AKA Combiz Julian Omidi, AKA Combiz Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia Omidi, AKA Ben Omidi, | MANDATE |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1941 |
| Plaintiff - Appellee, | D.C. No. 2:17-cr-00661-DMG-3 |
| v. | Central District of California, Los Angeles |
| SURGERY CENTER MANAGEMENT, LLC, | |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1959 |
| Plaintiff - Appellee, | D.C. No. 2:17-cr-00661-DMG-1 |
| v. | Central District of California, Los Angeles |
| JULIAN OMIDI, AKA Combiz Julian Omidi, AKA Combiz Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia | |

Omidi, AKA Ben Omidi,

                    Defendant - Appellant.

The judgment of this Court, entered January 16, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT